JS-6

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARITA VAZQUEZ DE CALDRON, | ) ) ) | Case No. 8:17-cv-00659-JCG |
| Plaintiff, | ) ) | JUDGMENT OF REMAND |
| vs. | ) ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 31, 2017

_____
HONORABLE JUDGE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE